IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JUAN CARLOS JASSO, #1337426 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv539 |
| | | CONSOLIDATED WITH |
| DIRECTOR, TDCJ-CID | § | CIVIL ACTION NO. 6:13cv592 |

<u>ORDER OF DISMISSAL</u>

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed as time-barred. The Petitioner has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Petitioner are without merit. The present petition was due no later than July 17, 2008, in the absence of tolling provisions. It was not filed until August 8, 2013. In his objections, the Petitioner has not shown that either statutory or equitable tolling save his petition. The petition is time-barred. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #9) is **ADOPTED**. It is further

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice as time-barred. A certificate of appealability is **DENIED**. It is further

1

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

 **SIGNED this 11th day of October, 2013.**


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE